FILED by_____ TB ___ D.C.

**Jan 26, 2016**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. –MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

# 16-20053-CR-DIMITROULEAS/SNOW
**CASE NO. _____**

18 U.S.C. § 1015(e)
18 U.S.C. § 1028A(a)(1)

**UNITED STATES OF AMERICA**

**vs.**

**ROHAN BRYAN,**

> **Defendant.**
> _____ /

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about August 6, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

**ROHAN BRYAN,**

an alien, did knowingly make a false statement and claim that he was a citizen of the United States, with the intent to obtain on behalf of himself a State benefit, in that the defendant presented a birth certificate from the United States Virgin Islands in the name of "D.T.B." as proof of his identity and citizenship, to induce and secure the issuance of a State of Florida Driver License, in violation of Title 18, United States Code, Section 1015(e).

## COUNT 2

On or about August 6, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

### ROHAN BRYAN,

during and in relation to a felony violation of Title 18, United States Code, Section 1015(e), that is, knowingly making a false statement and claim that he was a citizen of the United States, with the intent to obtain on behalf of himself a State benefit, that is, a State of Florida Driver License, as alleged in Count 1, did knowingly possess and use, without lawful authority, the means of identification of another person, that is, the name, social security number, and date of birth of "D.T.B.," in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT 3

On or about November 10, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

### ROHAN BRYAN,

an alien, did knowingly make a false statement and claim that he was a citizen of the United States, with the intent to obtain on behalf of himself a State benefit, in that the defendant presented a birth certificate from the United States Virgin Islands in the name of "S.M.S." as proof of his identity and citizenship, to induce and secure the issuance of a State of Florida Driver License, in violation of Title 18, United States Code, Section 1015(e).

2

## COUNT 4

On or about November 10, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

## ROHAN BRYAN,

during and in relation to a felony violation of Title 18, United States Code, Section 1015(e), that is, knowingly making a false statement and claim that he was a citizen of the United States, with the intent to obtain on behalf of himself a State benefit, that is, a State of Florida Driver License, as alleged in Count 3, did knowingly possess and use, without lawful authority, the means of identification of another person, that is, the name, social security number, and date of birth of "S.M.S.," in violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

CARY O. ARONOVITZ
ASSISTANT UNITED STATES ATTORNEY

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|

**vs.**

**ROHAN BRYAN,**

### CERTIFICATE OF TRIAL ATTORNEY*

**Defendant.**
_____/

**Superseding Case Information:**

**Court Division**: (Select One)

New Defendant(s)          Yes _____   No __X__
Number of New Defendants _____
Total number of counts _____

__X__ Miami _____ Key West ____
_____ FTL _____ WPB ____ FTP

I do hereby certify that:

1.    I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:     (Yes or No)   No
       List language and/or dialect _____

4.    This case will take   2-3   days for the parties to try.

5.    Please check appropriate category and type of offense listed below:

       (Check only one)                              (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | X | Petty | | _____ |
| II | 6 to 10 days | _____ | Minor | | _____ |
| III | 11 to 20 days | _____ | Misdem. | | _____ |
| IV | 21 to 60 days | _____ | Felony | | X |
| V | 61 days and over | _____ | | | |

6.    Has this case been previously filed in this District Court?   (Yes or No)   No
       If yes: _____
       Judge: _____   Case No. _____
       (Attach copy of dispositive order)
       Has a complaint been filed in this matter?   (Yes or No)   No
       If yes:
       Magistrate Case No. _____
       Related Miscellaneous numbers: _____
       Defendant(s) in federal custody as of _____
       Defendant(s) in state custody as of _____
       Rule 20 from the _____   District of _____

       Is this a potential death penalty case? (Yes or No)   No

7.    Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? _____ Yes   X   No

8.    Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? _____ Yes   X   No

_____
CARY O. ARONOVITZ
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 86425

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:  ROHAN BRYAN

Case No:

Counts #: 1, 3

False Claim of U.S. citizenship

Title 18, United States Code, Section 1015(e)

*Max. Penalty: 5 Years of Imprisonment

Counts #: 2, 4

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

*Max. Penalty: 2 Years of Imprisonment – Consecutive to any other sentence

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.